

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  DEC - 7 2004

**LORETTA G. WHYTE**
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAN KRCHAK | * | CIVIL ACTION |
| VERSUS | * | NO. 04-CV-2844 |
| BARRISTER GLOBAL SERVICES NETWORK, INC. | * | SECTION "S" |
| | * | JUDGE LEMMON, MAG. "3" |

\* \* \* \* \* \* \* \*

## AMENDED PETITION

Plaintiff, Dan Krchak, amends his Petition, originally filed in the Civil District Court for the Parish of Orleans, as follows:

Plaintiff strikes all of his claims arising under the federal securities laws and for violations of NASD and New York Stock Exchange rules.

Paragraph 23 of the Petition is stricken in its entirety and the following is substituted in lieu thereof:

23.

Barrister Global Services Network, Inc. is liable to plaintiff under legal principles of respondeat superior as a control person and employer of John Bowers under the Louisiana Securities Act. Barrister Global Services Network, Inc. is also liable to plaintiff



- 1 -

as a control person under the Louisiana Act and for breach of fiduciary duty. Defendant had the legal duty and obligation to supervise and control the activities of John Bowers.

Paragraph 24 is stricken in its entirety and the following is substituted in lieu thereof:

24.

Defendant's wrongful action directly inflicted monetary damages on plaintiff in the amount of $20,000.00.

WHEREFORE, plaintiff prays that this Amended Petition be deemed good and sufficient and that after due proceedings are had, there be judgment rendered in favor of plaintiff, Dan Krchak, and against the defendant, Barrister Global Services Network, Inc., awarding all damages, attorney's fees, court costs and judicial interest and for such further and additional relief as the facts and Louisiana law may provide.

Respectfully submitted,

WILLEFORD LAW FIRM
JAMES F. WILLEFORD (Bar #13485)
201 St. Charles Avenue, Suite 3203
New Orleans, Louisiana 70170
Telephone: (504) 582-1286
Facsimile: (313) 692-5927
Email: jimwilleford@willefordlaw.com

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a copy of the above and foregoing pleading has been duly served upon defendant by U.S. Mail, postage prepaid, this ___3___ day of December, 2004.

JAMES F. WILLEFORD

- 2 -